IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER EDWARDS,
ALIEN # A91-060-021,

       Petitioner,
vs.                                          Case Number 4:07cv31-SPM/WCS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID WING, DAVID HARVEY,
and the DEPARTMENT OF
HOMELAND SECURITY

       Respondents.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's "Report and Recommendation" (doc. 17).  The parties were furnished a copy and afforded an opportunity to file objections.  Petitioner has not filed any objections.

The magistrate judge carefully considered the ample factual history available to him in making his decision.  And even considering all facts in the light most favorable to Petitioner, the motion fails to state a claim for relief.  There is no error in the magistrate's very thorough findings.

Specifically, this Court finds that this suit regarding the return of bond

money does give Petitioner sufficient justification for his refusal to cooperate with the Consulate of Saint Vincent and the Grenadines as they work to facilitate his removal.  The termination of Petitioner's detention relies solely upon the actions of the Petitioner–not the United States government.  The Petitioner's continued detention is indeed lawful.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2. Petitioner's §2241 petition for writ of habeas corpus (doc. 1) is hereby *denied*.

**DONE AND ORDERED** this <u>twenty-eighth</u> day of November, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge