**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WALTER EDWARDS,
ALIEN # A91-060-021,

      Petitioner,
vs.                                         Case No.: 4:07cv31-SPM/WCS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID WING, DAVID HARVEY,
and the DEPARTMENT OF
HOMELAND SECURITY

      Respondents.
_____/

## ORDER

On October 2, 2007, Magistrate Judge Sherrill issued a Report and Recommendation denying Petitioner's writ of habeas corpus. (doc. 17) On November 28, 2008, this Court issued an order adopting the Magistrate Judge's Report and Recommendation (doc. 19). In this Court's order, it was noted that Petitioner did not file any objections to the Report and Recommendation. On January 23, 2008, Petitioner sent a letter to the Clerk of the Court stating that neither he nor his counsel of record had received the Report and Recommendation and he therefore did not have an opportunity to file any objections.[1] Though significant time has lapsed between the issuance of the Report and

---

[1] Petitioner's letter was sent by him personally to the Clerk of the Court, not through his counsel of record, James A. McBain.

Recommendation and the letter sent by Petitioner, in the interest of justice, this Court will allow Petitioner another opportunity to file objections to the Report and Recommendation.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Petitioner shall file any objections to the Report and Recommendation on or before **Monday, April 21, 2008**.

2. The Clerk shall mail this order to Petitioner at Agency Number A91-060-021 Wakulla County Jail, 15 Oak Street, Crowfordvile, FL 32327.

3. The Clerk shall mail this order to Petitioner's counsel of record, James A. McBain, 2327 Blanding Blvd., Jacksonville, Florida 32210.

DONE AND ORDERED this nineteenth day of March, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge