IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALTER EDWARDS,
ALIEN # A91-060-021,

    Petitioner,

vs.                                            Case No.: 4:07cv31-SPM/WCS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID WING, DAVID HARVEY,
and the DEPARTMENT OF
HOMELAND SECURITY

    Respondents.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Petitioner's objections to the Magistrate Judge's "Report and Recommendation" (doc. 17). The parties were furnished a copy and afforded an opportunity to file objections. Petitioner requested an opportunity to file his objections out of time. This request was granted and Petitioner filed objections on April 17, 2008 (doc. 23).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. No matters are raised by the Petitioner which would warrant additional consideration at this stage. Petitioner has not shown the magistrate judge's report to be incorrect in any way. Petitioner's objections are simply a reiteration of the issues raised and facts argued during in his motions.

The magistrate judge carefully considered the ample factual history available to him in making his decision. Even considering all facts in the light most favorable to Petitioner, and considering Petitioner's extensive objections, it is still clear that Petitioner's continued detention is lawful pursuant to 8 U.S.C. § 1231(a)(1). There is no error in the magistrate judge's very thorough findings.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. All of Petitioner's objections to the Report and Recommendation are hereby *overruled*.

2. Petitioner's §2241 petition for writ of habeas corpus (doc. 1) is still *denied*.

3. The Clerk of the Court shall mail this order to Petitioner at Wakulla County Detention Center, 15 Oak Street, Crawfordville, FL 32327.

**DONE AND ORDERED** this thirtieth day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge